**Electronically Filed
Supreme Court
SCWC-12-0000398
07-MAR-2016
09:53 AM**

SCWC-12-0000398

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DENNIS T. IHARA,
Petitioner/Claimant-Appellee, Cross-Appellant,

vs.

STATE OF HAWAIʻI, DEPARTMENT OF LAND & NATURAL RESOURCES,
Respondent/Employer-Appellant, Cross-Appellee, Self-Insured.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000398; CASE NO. AB 2008-266 (2-07-40277))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack and Wilson, JJ.)

Petitioner/Claimant-Appellee, Cross-Appellant Dennis T. Ihara's application for writ of certiorari filed on January 27, 2016, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, March 7, 2016.

Wayne H. Mukaida
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

